UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HAO ZHE WANG,

                     Plaintiff,

      - against -

NATIONAL ASSOCIATION OF REALTORS
ET AL.,

                     Defendants.
------------------------------------------------------------X

24-CV-2371 (JGLC) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/21/2024

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On June 14, 2024, at Dkt. 51, Defendant NAR filed a letter motion to stay on behalf of multiple defendants. The request will be considered and heard in conjunction with the parallel requests in *March v. REBNY*, 23-CV-9995, and *Friedman v. REBNY*, 24-CV-405. A case management conference in those cases is set for June 26, 2024, at 10:00 A.M. in Courtroom 18D, 500 Pearl Street, New York, New York 10007 before Magistrate Judge Robert W. Lehrburger. The stay issue will be addressed at that conference. If the parties in *Wang v NAR*, 24-CV-2371, wish to be heard on the stay issue, they shall appear for the June 26, 2024 conference.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 21, 2024
       New York, New York

Copies transmitted this date to all counsel of record.