```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HAO ZHE WANG,

                      Plaintiff,

      - against -

NATIONAL ASSOCIATION OF REALTORS,
ET AL.,

                      Defendants.
------------------------------------------------------------X

24-CV-2371 (JGLC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As directed during oral argument via Microsoft Teams on August 21, 2024, Defendants' request for a temporary stay is GRANTED for the reasons stated on the record.

      Accordingly, this case is STAYED until November 26, 2024, the date scheduled for hearing on final approval of settlement in the class actions pending in the Western District of Missouri.

      By December 10, 2024, the parties shall meet and confer and file a status report and a proposed case management and scheduling order.

      The Clerk of Court is directed to terminate the letter motion at Dkt. 51.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 21, 2024
       New York, New York

Copies transmitted this date to all counsel of record.