UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAO ZHE WANG,<br><br>                        Plaintiff,<br><br>- against -<br><br>NATIONAL ASSOCIATION OF REALTORS, THE REAL ESTATE BOARD OF NEW YORK, INC., HOMESERVICES OF AMERICA, INC., COMPASS, INC., EXP WORLD HOLDINGS, INC., DOUGLAS ELLIMAN, INC., HALSTEAD REAL ESTATE LLC, BROWN HARRIS STEVENS RESIDENTIAL SALES, LLC, REALTY ONE GROUP, INC,<br><br>                        Defendants. | Case No. 1:24-cv-02371-JGLC<br><br>**STIPULATION OF DISMISSAL OF REALTY ONE GROUP, INC. WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between plaintiff Hao Zhe Wang and defendant Realty ONE Group, Inc. that, pursuant to Rule 41(a)(1)(A), FED. R. CIV. P., the above-entitled action is hereby dismissed with prejudice as to Realty ONE Group, Inc., with each party to bear their own costs and attorneys' fees.

      Respectfully submitted:

/s/ *Hao Zhe Wang*  
Hao Zhe Wang  
P.O. Box 7075  
New York, NY 10150  
Telephone: (617) 320-6448  
wang.haozhe@yahoo.com  

/s/ *Leo D. Caseria*  
Leo D. Caseria (*pro hac vice*)  
Christopher M. Loveland (*pro hac vice*)  
SHEPPARD MULLIN RICHTER  
& HAMPTON LLP  
2099 Pennsylvania Ave., NW, Suite 100  
Washington, DC 20006  
Telephone: (202) 747-1900  
lcaseria@sheppardmullin.com  
cloveland@sheppardmullin.com

-2-

                                                Christopher J. Bosch
30 Rockefeller Plaza
SHEPPARD MULLIN RICHTER
& HAMPTON LLP
New York, New York 10112
Telephone: (212) 653-8700
cbosch@sheppardmullin.com

Helen C. Eckert (*pro hac vice*)
SHEPPARD MULLIN RICHTER
& HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
heckert@sheppardmullin.com

*Attorneys for Realty ONE Group, Inc.*

Dated: October 4, 2024

-2-