# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAO ZHE WANG,<br><br>                        Plaintiff,<br><br>- against -<br><br>NATIONAL ASSOCIATION OF REALTORS, THE REAL ESTATE BOARD OF NEW YORK, INC., HOMESERVICES OF AMERICA, INC., COMPASS, INC., EXP WORLD HOLDINGS, INC., DOUGLAS ELLIMAN, INC., HALSTEAD REAL ESTATE LLC, BROWN HARRIS STEVENS RESIDENTIAL SALES, LLC, REALTY ONE GROUP, INC,<br><br>                        Defendants. | Case No. 1:24-cv-02371-JGLC<br><br>**ORDER OF DISMISSAL OF REALTY ONE GROUP, INC. WITH PREJUDICE** |

      The October 7, 2024 Stipulation of Dismissal of Realty ONE Group, Inc. with Prejudice (ECF No. 78) is hereby approved.

**SO ORDERED:**

*Jessica Clarke*
**U.S.D.J.**

Dated: March 3, 2025
       New York, New York