# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAO ZHE WANG,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 1:24-cv-02371-JGLC<br><br>**ORDER RE STIPULATION OF DISMISSAL OF COMPASS, INC. WITH PREJUDICE** |

　　　　The January 2, 2025 Stipulation of Dismissal of Compass, Inc. with Prejudice (ECF No. 87) by and between Plaintiff Hao Zhe Wang and Defendant Compass, Inc. is hereby approved.

**SO ORDERED:**

_Jessica Clarke_
**U.S.D.J.**

Dated: March 3, 2025
　　　　New York, New York