Hao Zhe Wang
PO Box 7075
New York, NY 10150

The Honorable Judge Robert W. Lehrburger
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

       **Re: Wang vs. National Association of Realtors, et al.**
       **Case Number: 1:24-CV-02371-JGLC-RWL**

Dear Honorable Sir,          April 14, 2025

    The Court granted defendants' motions to stay on the ground earlier this year. ECF No.95. Plaintiff respectfully asks for a modification of the stay order to allow Plaintiff to amend the complaint to add new defendants.

    In approving Defendants' previous stay request, ECF No.75, the Court orally instructed Plaintiff to wait till that stay order was lifted before amending his complaint to add new defendants. In indefinitely extending the original stay, Plaintiff assumes the same instruction continues to apply. It is not clear that the stay may toll the statute of limitation of Plaintiff's possible claims against parties not yet named in the lawsuit. Plaintiff asks that the Court allow him to amend his complaint to add new facts and new defendants and to serve the new defendants before the stay is lifted.

Respectfully,

/s/ Hao Zhe Wang

---

The request is granted to the extent that Plaintiff may amend the complaint to add defendants and facts regarding those defendants but may not at this time add facts concerning existing defendants. The amended pleading shall be filed by May 14, 2025. The stay remains in place in all other respects. Existing defendants do not need to respond to the amended pleading during the stay.

SO ORDERED:

04/21/2025       /s/

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE