UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

HAO ZHE WANG,

Plaintiff,

- against -

NATIONAL ASSOCIATION OF REALTORS, ET AL.,

Defendants.

---------------------------------------------------------------X

24-CV-2371 (JGLC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the conference held via Microsoft Teams on September 30, 2026, and for the reasons stated on the record, Mr. Wang's motions at Dkts. 131 and 136 to lift the stay currently in place is denied, except that he may file an Amended Complaint adding Weichert as a defendant.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 131 and 136.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 30, 2026
New York, New York

Copies transmitted this date to all parties of record.